Eric D. Houser (SBN 130079)
Kaitlyn Q. Thinh (SBN 253289)
HOUSER & ALLISON, APC
3760 Kilroy Airport Way, Suite 260
Long Beach, CA  90806
Tel.    (949) 679-1111
Fax:    (949) 679-1112
E-mail: kthinh@houser-law.com

Attorneys for Defendants,
Litton Loan Servicing LP; and Ocwen Loan Servicing, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY MONTGOMERY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA; PNC BANK; LITTON LOAN SERVICING; OCWEN LOAN SERVICING, LLC; AND DOES 1-100 INCLUSIVE<br><br>Defendants. | Case No.: 3:12-cv-01359 EMC<br>Judge:  Hon. Edward M. Chen<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION BY THE PARTIES<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

Plaintiff LARRY MONTGOMERY and Defendants LITTON LOAN SERVICING LP and OCWEN LOAN SERVICING, LLC have jointly stipulated to dismiss this action with prejudice. Plaintiff's claims against Defendants National City Mortgage and PNC Bank were dismissed by the Court pursuant to the Court's Order Granting Motion to Dismiss, docket

1 | number 30. No other parties have appeared in the action; thus, no other Defendants joined in the
2 | Stipulation.
3 |      The Court having considered the Stipulation Dismissing the Action with Prejudice, its
4 | own file, and with good cause showing, orders as follows:
5 |      1.    Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Action is voluntarily DISMISSED with
6 | prejudice pursuant to the Stipulation filed by the Parties.
7 |      2.    Each party is to bear its own fees and costs incurred in litigating this matter.

**IT IS SO ORDERED.**

Dated: _____8/2_____, 2012



ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION BY THE PARTIES